UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LATAVIOUS BEAL,

      Plaintiff,

                                      CASE No. 2:25-CV-147

v.

                                       HON. ROBERT J. JONKER

SUSAN C. KOWALSKI,

      Defendant.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (ECF No. 47), Plaintiff's Objection (ECF No. 50), and Defendant's Response.   (ECF No. 51).   Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified."   12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3070.2, at 381 (2d ed. 1997).   Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.   The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b)(3).   De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge.   *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the

Report and Recommendation itself; and Plaintiff's objections.   After its review, the Court finds the Magistrate Judge's Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends granting Defendant Kowalski's motion for summary judgment.   Plaintiff's objection does not meaningfully respond to the Magistrate Judge's reasoning.   Indeed, it appears Plaintiff is raising factual contentions that are entirely irrelevant to the instant proceedings.   To the extent the objections do relate to the Magistrate Judge's Report and Recommendation, the Court rejects them.   The Magistrate Judge carefully and thoroughly considered the record, the parties' arguments, and the governing law. In fact, the Magistrate Judge even went out of his way to address Plaintiff's Complaint on a legal theory Plaintiff did not raise, rather than stop after reaching the correct conclusion that the only theory Plaintiff did raise based on the Fifth Amendment had no potential application.   Accordingly, the Magistrate Judge properly analyzed Plaintiff's claims.   Nothing in Plaintiff's Objections changes the fundamental analysis.   The Court concludes that Defendant's motion for summary judgment must be granted, for the very reasons detailed in the Report and Recommendation of the Magistrate Judge.[1]

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 47) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Kowalski's Motion for Summary Judgment (ECF No. 29) is **GRANTED.**

---

[1] In particular, the Court agrees with the Magistrate Judge that Defendant is entitled to summary judgment on the merits of the due process claim and based on qualified immunity.   Accordingly, the Court need not determine whether it agrees with the Magistrate Judge that Plaintiff's claim is also barred by *Parratt v. Taylor*, 451 U.S. 527 (1981).

**IT IS FURTHER ORDERED** that Defendant Kowalski's Motion to Strike (ECF No. 45) is **GRANTED.**   The Clerk of Court shall **strike** Plaintiff's sur-reply (ECF No. 44) for failure to comply with this district's local rules.

A separate Judgment shall issue.

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:   <u>June 4, 2026</u>                              <u>/s/ Robert J. Jonker</u>
                                                            ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE